**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01683-GPG

WILLIAM MAUNZ,

    Plaintiff,

v.

(DENVER COUNTY JAIL),
DENVER DETENTION CENTER (D.D.C.), Medical Dept.,
DENVER HEALTH MEDICAL CENTER,
DIGGENS, Interim/Under-Sheriff, and
THE CITY AND COUNTY OF DENVER MAYOR'S OFFICE,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's motion (ECF No. 5) requesting a copy of the order directing him to cure deficiencies and the forms necessary to cure the deficiencies is GRANTED. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the court's Order Directing Plaintiff to Cure Deficiencies (ECF No. 3) entered August 6, 2015, and blank copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Prisoner Complaint. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies as directed. Plaintiff is reminded that the instant action will be dismissed without further notice if he fails to cure all of the deficiencies within the time allowed.

Dated: August 17, 2015